**Order entered September 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00705-CV

## IN THE INTEREST OF A.J.T., ET AL., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JC-17-00491-X

## ORDER

Before the Court is the State's September 25, 2018 first motion to extend time to file briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than October 1, 2018. We caution the State that further extension requests will be disfavored.


/s/      DAVID EVANS
         JUSTICE